ROBINSON, Appellant, v. NELSON, Respondent.

(173 N. W. 157).

(File No. 4575.   Opinion filed June 24, 1919.   Rehearing denied August 15, 1919).

**Appeal—Error—No  Briefs—Stipulations—Abandonment  of  Appeal, Affirmants.**

Where some six weeks elapsed after notice of appeal under-

taking filed, and settlement of record, and no briefs, stipulations or other papers were filed on the appeal, appeal will be deemed abandoned, and judgment apepaled from affirmed.

Appeal from Circuit Court, Brown County. Hon. FRANK ANDERSON, Judge.

· Action by Grant Robinson, against N. E. Nelson, as Clerk of the Circuit Court of Brown County, South Dakota. From a judgment for defendant, and from an order denying a new trial, plaintiff appeals. Affirmed.

*S. H. Cranmer,* and *Amos N. Goodman,* for Appellant.

*Van Slyke & Bartlett,* for Respondent.

SMITH, P. J. Notice of appeal and undertaking on appeal were duly served and filed in this case on May 9, 1919, and a certified copy of the notice of appeal was filed in this court on May 16, 1919, and the record on appeal was settled May 9, 1919. Since that date no briefs, stipulations, or other papers have been filed. Appellant being in default, the appeal is deemed abandoned, and the judgment of the trial court will be affirmed. It is so ordered.